IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00124-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHANE WAYNE BILLSIE,

    Defendant.

---

### ORDER
---

This matter is before the Court on the United States' Motion to Dismiss Count One of the Indictment [Docket No. 35]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the United States' Motion to Dismiss Count One of the Indictment [Docket No. 35] is granted. Count One of the Indictment is dismissed.

DATED November _6_, 2015.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                United States District Judge